

# THE THIRTEENTH COURT OF APPEALS

13-14-00296-CV

NATALIE G. TISE AND SCOTT M. WITTE, BOTH INDIVIDUALLY AND AS INDEPENDENT EXECUTORS OF THE ESTATE OF JAMES R. WITTE, DECEASED

v.

THELMA LOUISE WITTE AND JAMES R. WITTE

On Appeal from the
24th District Court of De Witt County, Texas
Trial Cause No. 12-07-22,348

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the appeal should be dismissed. The Court orders the appeal DISMISSED in accordance with its opinion. Costs of the appeal are adjudged against the party incurring the same.

We further order this decision certified below for observance.

December 18, 2014